**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSCOE BRADLEY,<br><br>        Plaintiff,<br><br>   v.<br><br>LOS ANGELES COUNTY<br>SHERIFFS DEPARTMENT, et al.,<br><br>        Defendants. | NO. CV 17-9228-FMO(E)<br><br>ORDER ACCEPTING FINDINGS,<br><br>CONCLUSIONS AND RECOMMENDATIONS<br><br>OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, although plaintiff did not file any objections to the Report and Recommendation, the Court conducted a <u>de novo</u> review of the Report and Recommendation. Accordingly, the Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment shall be entered dismissing the action without prejudice.

///

///

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order and the Judgment of this date on Plaintiff.

DATED: March 22, 2018.

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE