**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ROSCOE BRADLEY, | ) | NO. CV 17-9228-FMO(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| LOS ANGELES COUNTY SHERIFFS DEPARTMENT, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: March 22, 2018.

```
               _____/s/_____
                    FERNANDO M. OLGUIN
                 UNITED STATES DISTRICT JUDGE
```